UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UTARAA KING,

    Plaintiff,

v.                                                      Case No: 8:21-cv-1859-WFJ-CPT

BILATERAL CREDIT CORP, LLC,

    Defendant.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 13)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2021.

                                                        s/*William F. Jung*
                                                  **WILLIAM F. JUNG**
                                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record